(May 23, 1951.)

■

JOSEPH ABRASKIN, Respondent, v. HYMAN HEILWEIL, Appellant.—Motion for a stay denied, without costs. The receipt by plaintiff of payments under the Workmen's Compensation Law does not bar the granting of a preference if the other circumstances establish a basis therefor. (*Valenti* v. *United Hoisting Co.*, 265 App. Div. 963.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

▬▬▬▬▬▬▬▬

(May 28, 1951.)

■

In the Matter of the Construction of the Will of ANTONIO SIGNAIGO, Deceased. AUGUSTA SIGNAIGO, as Executrix of CARLOTTA L. SIGNAIGO, Deceased Executrix of ANTONIO SIGNAIGO, Deceased, Appellant; JAMES S. BROWN, JR., et al., Respondents; JAMES H. CALLAHAN, as Administrator and Ancillary Administrator of the Estate of JOHN M. SIGNAIGO, Deceased, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante,* p. 844.]

■

In the Matter of the Application of ANTON WEIDMANN for an Order Vacating Order of Disbarment and Reinstating Applicant as a Member of the Bar.— Motion to vacate order of disbarment and for reinstatement to the Bar denied. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

HENRY RAMNITZ, Respondent, v. WILLARD STILLWELL et al., Defendants, and JOSEPH ULANO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ. [See *ante,* p. 832.]